SUCCESSION OF RAYMOND JOHN
BRANDT

NO. 21-C-310

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

October 15, 2021

Susan Buchholz
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Jude G. Gravois, and John J. Molaison, Jr.

## REHEARING DENIED WITHOUT REASONS

**JGG**
**FHW**
**JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



### FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **10/15/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 21-C-310

### E-NOTIFIED
24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (District Judge)

| | | |
|---|---|---|
| Fred L. Herman (Relator) | Matthew A. Sherman (Relator) | Monica L. Hof (Relator) |
| Walter R. Woodruff, Jr. (Relator) | Robert J. Burvant (Respondent) | |
| Dylan T, Leach (Respondent) | Randall A. Smith (Respondent) | |
| Courtney C. Miller (Respondent) | Jeffrey E. Richardson (Respondent) | |
| William K. Wright, IV (Respondent) | | |

### MAILED

Anders F. Holmgren (Respondent)
Attorney at Law
201 St. Charles Avenue
Suite 2405
New Orleans, LA 70170

Henry A. King (Respondent)
J. Grant Coleman (Respondent)
Timothy S. Madden (Respondent)
Attorneys at Law
201 St. Charles Avenue
Suite 4500
New Orleans, LA 70170

David R. Sherman (Relator)
Jacob D. Young (Relator)
Meredith E. Chehardy (Relator)
Attorneys at Law
One Galleria Boulevard
Suite 1100
Metairie, LA 70001